IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:10-CR-17-2FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| EARL HARRIS BENNETT, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Upon consideration of the motion to clarify (DE 156), for good cause shown, the motion is
GRANTED. Standing order 11-SO-01 only applies to appointment of counsel with respect to
motions or applications for reduction of sentence in accordance with the revised base offense levels
for crack cocaine, USSG 2D1.1 and 18 U.S.C. 3582(c)(2), and does not apply to motions seeking
relief based upon Dorsey v. United States, 132 S.Ct. 2321, 2326 (2012). Therefore, the court
VACATES its text order dated March 12, 2013, and enters the following order with respect to
defendant's motion to appoint counsel (DE 151).

To the extent the motion to appoint counsel seeks counsel for representation for reduction
in sentence pursuant to the revised base offense levels for crack cocaine, under USSG § 2D1.1 and
18 U.S.C. § 3582(c)(2) the motion is DENIED AS MOOT. However, where the motion to appoint
counsel in this case reasonably may be construed as seeking representation for relief pursuant to
Dorsey, under circumstances of this case where the defendant was sentenced on May 20, 2011, and
where defendant previously demonstrated eligibility for appointment of counsel at government

expense, the motion to appoint counsel is GRANTED. The Federal Public Defender is DIRECTED to enter an appearance on behalf of defendant and present supplemental motion, as warranted, to present the issue raised under <u>Dorsey</u> for resolution by the court.

SO ORDERED, this the **26TH** day of March, 2013.

LOUISE W. FLANAGAN
United States District Judge

2